IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARGARET HOLMES )
3809 Aynor Drive )
Mitchellville, MD 20721 )
)
      Plaintiff, )

v.

PEPCO HOLDINGS, INC.
701 9th Street, N.W.
Washington, DC 20068

      Defendant.

CASE NUMBER   1:05CV02023

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 10/13/2005

JURY ACTION

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Pepco Holdings, Inc. ("PHI") hereby removes the instant action from the Superior Court for the District of Columbia (Civil Action No. 05-006214). Plaintiff Margaret Holmes' complaint alleges two counts of employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.* Accordingly, Plaintiff's complaint presents a Federal question, pursuant to 28 U.S.C. § 1331, and removal is therefore proper pursuant to 28 U.S.C. § 1441.

In addition, Plaintiff effectuated service of the complaint on PHI on September 20, 2005 and, thus, the instant Notice of Removal is being filed within 30 days of service pursuant to 28 U.S.C. § 1446(b). A copy of the summons and complaint served on PHI is attached hereto pursuant to 28 U.S.C. § 1446(a). A copy of the instant Notice of Removal contemporaneously is being filed with the Clerk of Court for the Superior Court of the District of Columbia.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_/s/_

Natalie O. Ludaway (# 405149)
Mark S. Guberman (# 442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
(202) 783-3420 (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Removal to be served on the following counsel of record via facsimile and first-class mail delivery on this 13th day of October, 2005:

Paul V. Bennett, Esq.
133 Defense Highway
Suite 209
Annapolis, MD 21401

_/s/_
Mark S. Guberman