CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# FILED

OCT **1 3** 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARGARET HOLMES
Plaintiff )
)
)
v. )
)
PEPCO HOLDINGS, INC. )
Defendant )
)
)

CASE NUMBER  1:05CV02023

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 10/13/2005

JURY ACTION

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___Pepco Holdings, Inc.___,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of ___Pepco Holdings, Inc.___, which have any outstanding securities in

the hands of the public. ___None___

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

___442683___
Bar Identification Number

Mark S. Guberman, Esq.
Print Name

1400 K Street, NW Suite 1000
Address

Washington, DC 20005-2403
City                    State            Zip

202-434-9100
Telephone Number