# CHARGE OF DISCRIMINATION

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 03-143-P |
| ☐ EEOC | 10CA300 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

___D.C. Office Of Human Rights___ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mrs. Margaret Holmes | (301) 352-9618 |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 3809 Aynor Drive, Mitchellville, MD 20721 | 07/23/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Pepco | Cat D (501 +) | (202) 872-2000 |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | | COUNTY |
| 701 9th Street, N.W. Washington, DC 20068 | | 001 |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | EARLIEST: 10/17/2002  LATEST: 11/13/2002 |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I believe I have been discriminated against in the terms, conditions and privileges of my employment on the basis of my sex (female/pregnancy) for the following reasons:

Respodent hired me in February 1989, as a Stenographer A.

I informed my supervisor (male) of my pregnancy on October 17, 2002. Thereafter, my supervisor scrutinized the amount of time I was away from my desk; whereas, other employees' (male, female/non-pregnant) time was not under the same scrutiny.

On several occassions I told my supervisor that I could not tolerate the smells that were coming from the kitchen, which was in close proximity to my office space. My supervisor said that I should put a clothes pin on my nose. He also said that if I were sick, go to medical. He further stated that if I felt sick all day, stay in medical all day.

On November 1, 2002, my supervisor sent me to Labor Relations, where I received a written reprimand for spending too much time away from my desk.

I charge Respondent with a violation of the DC Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964. I have not commenced any action, civil, criminal or administrative other than the following: CROSS FILED WITH THE EEOC.

MH.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

_Margaret A. Holmes_
2/20/03  Charging Party (Signature)

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

CHARGING PARTY COPY

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### OFFICE OF HUMAN RIGHTS



## MEDIATION FACT SHEET

1. The D.C. Human Rights Act of 1977, as amended, (the Act) requires mediation of discrimination complaints before the Office of Human Rights (OHR) commences a full investigation. Mediation is an alternative dispute resolution (ADR) process that is used by OHR as an alternative to investigation. Complaints that are not resolved in mediation are forwarded on for investigation.

2. Mediation sessions are conducted by ADR professionals, veteran mediators, attorneys, and a broad range of other professionals from the public and private sectors. This service is provided to OHR on a pro *bono* basis. The mediation process can quickly eliminate cases lacking merit. It is an alternative to investigation and parties to a complaint will not be required to submit evidence or testimony from witnesses. Mediators do not weigh evidence, interview witnesses or decide whether wrongdoing has occurred.

3. If mediation fails to resolve a complaint, Respondents will be required to submit a detailed position statement to an OHR investigator.

4. A mediator's role is to the assist the parties in finding a mutually acceptable resolution of a complaint. The mediator is in charge of the mediation session. Joint and private confidential sessions may be held with both parties. The mediator does not decide how a complaint will be resolved but may suggest options to the parties.

5. Mediation is not a legal process. Legal representation is permitted only in an advisory capacity and attorneys may not speak for either party.

6. Mediation is confidential. Parties are required to sign a confidentiality agreement. Mediation sessions shall not be tape-recorded. No aspect of mediation can be used in subsequent litigation of the complaint. Mediators shall maintain the confidentiality of the mediation process.

7. Agreements or settlements reached during mediation do not constitute an admission by the Respondent of a violation of the Act or any other state or federal law.

8. Complaints resolved through mediation are administratively dismissed by OHR and by the U.S. Equal Employment Opportunity Commission (EEOC) or U.S. Department of Housing and Urban Development (HUD) if the complaint was cross-filed with the EEOC or HUD.

9. Mediation sessions are usually held Monday - Friday at 6:00 p.m. Mediation sessions are sometimes scheduled during the day at 10:00 a.m. A mediation session may last 1-3 hours. A follow-up session may be scheduled if warranted.

10. All participants, including law enforcement agents, are prohibited from bringing firearms into mediation sessions without the expressed permission of the Director. Mediation participants who are law enforcement agents are required to make their own arrangements to check all firearms before entering the Office of Human Rights.

*Please contact OHR if you have questions regarding the mediation process.*