IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MARGARET HOLMES )
)
Plaintiff, )
)
v. )
) Civil Action No. 05-006214
PEPCO HOLDINGS, INC. ) Judge Melvin R. Wright
)
Defendant. ) Next Event:
)
 Initial Conference on Nov. 4, 2005

## DECLARATION OF JILL D. FLACK

I, Jill D. Flack, do hereby declare and affirm under the penalties of perjury the following:

1. I am over the age of eighteen and otherwise competent to testify as to all matters contained herein.

2. At all relevant times I have been an Associate General Counsel for Pepco Holdings, Inc. ("PHI").

3. On or about August 22, 2005, I received via certified mail delivery the summons and complaint in this case, a true and correct copy of which is attached to PHI's Memorandum of Points and Authorities in support of its Motion to Dismiss at Exhibit 1.

4. At no time have I ever been an officer, a managing or general agent or any other agent authorized by appointment or by law to receive service of process on behalf

EXHIBIT 1

of Pepco. I do not have authority to accept service of process on behalf of PHI.

I declare and affirm that the foregoing is true and correct.

_____   _____
Date                                                  Jill D. Flack