THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPCO HOLDINGS, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2023 (RBW) |

## ORDER

WHEREAS, The Motion of plaintiff, Margaret Holmes, to remand the above-entitled action to the Superior Court for the District of Columbia having regularly come on to be heard by this Court on this _____ day of _____, 2005, and

WHEREAS, this Court, having considered such motion, and all proceedings heretofore, and having heard argument of counsel, and it appearing to this Court that the above-entitled action was removed to this Court improvidently, this Court being without jurisdiction over the above-entitled action, due to defendant's untimely filing of its Notice to Remove, it is therefore,

ORDERED that the above-entitled action be remanded to the Superior Court for the District of Columbia.

_____
Reggie B. Walton
Judge, United States District Court
for the District of Columbia
