# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 03-143-P(CN) |
| ☐ EEOC | 10CA300075 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mrs. Margaret Holmes
**HOME TELEPHONE** (Include Area Code): (301) 352-9618
**STREET ADDRESS**: 3809 Aynor Drive
**CITY, STATE AND ZIP CODE**: Mitchellville, MD 20721
**DATE OF BIRTH**: 07/23/1958

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Pepco
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501+)
**TELEPHONE** (Include Area Code): (202) 872-2000
**STREET ADDRESS**: 701 9th Street, N.W.
**CITY, STATE AND ZIP CODE**: Washington, DC 20068
**COUNTY**: 001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 10/17/2002   LATEST: 11/13/2002
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe I have been discriminated against in the terms, conditions and privileges of my employment on the basis of my sex (female/pregnancy) for the following reasons:

Respondent hired me in February 1989, as a Stenographer A.

I informed my supervisor (male) of my pregnancy on October 17, 2002. Thereafter, my supervisor scrutinized the amount of time I was away from my desk; whereas, other employees' (male, female/non-pregnant) time was not under the same scrutiny.

On several occassions I told my supervisor that I could not tolerate the smells that were coming from the kitchen, which was in close proximity to my office space. My supervisor said that I should put a clothes pin on my nose. He also said that if I were sick, go to medical. He further stated that if I felt sick all day, stay in medical all day.

On November 1, 2002, my supervisor sent me to Labor Relations, where I received a written reprimand for spending too much time away from my desk.

I charge Respondent with a violation of the DC Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964. I have not commenced any action, civil, criminal or administrative other than the following: CROSS FILED WITH THE EEOC.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Margaret A. Holmes*
Date: 3/24/03
Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (REV. 07/99)

EXHIBIT 1

FILE COPY

DISTRICT OF COLUMBIA
OFFICE OF HUMAN RIGHTS

IN THE MATTER OF:

Margaret Holmes )
                ) <u>Amendment to Complaint:</u>
    Complainant  )
                )
       -v-       ) Docket No.:03-143-P (CN)
                )
PEPCO           )
                )
    Respondent  )
                )

The Complaint referred to above is hereby amended to include unlawful retaliation in addition to unlawful discrimination on the basis of sex (female/pregnancy). The allegations shall read as follow:

> On or around July/August 2003, Respondent had a job vacancy for the position of Treasury Assistant. My immediate supervisor did not inform me of such a vacancy, which would have been a courtesy on his behalf. A Respondent employee (female) from another division filled the position.

> On or around January 2004, Respondent's Shareholders Department dissolved. All clerical employees who had worked within the Shareholders Department have been transferred to other locations within the company, yet I have not been afforded the opportunity to be transferred and work in a different location within Respondent's organization. Subsequently, I have received added responsibilities since the Shareholders Department dissolved with no additional compensation for performing them, whereas my coworker (Treasury Assistant) has not.

> On or around September/October 2003, I applied for an in-house vacancy with Respondent for which I was more than qualified. Respondent tested only myself and another employee (female) for the position. I was denied the position, which was given to the other employee. I was told that I did not meet the minimum standards for the position, which I believe was pretextual because I have all the necessary skills to fill the job requirements.

I have not received an annual performance evaluation for the 2002/2003 time period; my supervisor requires that I submit more than a day's notice when requesting time off when the Treasury Assistant is not required to do so; and the Treasury Assistant is allowed 10-15 minutes leeway with respect to coming and/or going for lunch, whereas I am reprimanded for doing so. The said restrictions were applied to me beginning July 2003.

Furthermore, in December 2003, I made a verbal request to have a higher partition built for my work-station, and I was refused.

Margaret Holmes, being duly sworn, deposes and says: that she is the Complainant herein; that she has read the foregoing amended complaint and knows the contents thereof; that the same is true of her own knowledge, except as to the matters therein stated on information and belief; and that as to these matters she believes the same to be true.

_____
(Signature of Complainant)

SUBSCRIBED AND SWORN to before me this 21st day of JANUARY, of 2004.

_____
Notary Signature

My Commission Expires: 02-28-2007

DISTRICT OF COLUMBIA
OFFICE OF HUMAN RIGHTS

IN THE MATTER OF:

Margaret Holmes )
       Complainant ) **Amendment to Complaint:**
)
-v- ) Docket No.: 03-143-P (CN)
)
PEPCO )
       Respondent )
)

The Complaint referred to above is hereby amended to include further acts of unlawful retaliation in addition to unlawful discrimination on the basis of sex (female/pregnancy). The allegation shall read as follows:

> On March 30, 2004, Respondent formally disciplined me by placing me on Decision Making Leave for failing to ensure that the webcasting of a live conference presentation on March 11, 2004 was transmitting and available on Respondent's website. However, I had never received a directive or an approval by my immediate supervisor to set up this webcast, as has always been the practice in the past.
>
> I charge Respondent with an unlawful discriminatory practice on the basis of race and unlawful retaliation in violation of the D.C. Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964, as amended. I haven not commenced any action, civil, criminal or administrative, based on the above allegations, other than the following: CROSS FILED WITH EEOC.

Margaret Holmes, being duly sworn, deposes and says: that she is the Complainant herein; that she has read the foregoing amended complaint and knows the contents thereof; that the same is true of her own knowledge, except as to the matters therein stated on information and belief; and that as to these matters she believes the same to be true.

_____
(Signature of Complainant)

SUBSCRIBED AND SWORN to before me this 21st day of May, of 2004.

_____
Notary Signature

My Commission Expires: 03-28-2007.