# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Margaret Holmes | 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 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 3809 Aynor Drive | Mitchellville, MD 20721 | July 23, 1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| PEPCO | 500+ | 202-872-2000 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 701 9th Street, NW | Washington, DC 20068 | 001 |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
March 4, 2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I was hired in February 1989.

2. I filed an EEOC complaint against PEPCO for discrimination on the basis of my sex (female/pregnancy) in March 2003. On January 21, 2004 and May 21, 2004, I amended my EEOC complaint to include additional acts of discrimination on the basis of my sex (female/pregnancy) and retaliation.

3. I was terminated by PEPCO on March 4, 2005.

4. I received a right to sue letter dated May 5, 2005.

I believe I was terminated by PEPCO in retaliation for filing EEOC complaints against PEPCO.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

Date 10/28/05   _/s/ Margaret R. Holmes_
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Rev. 12/93)
(eeochrge.frm)

EXHIBIT 3