THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPCO HOLDINGS, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-2023 (RBW) |

### ORDER

WHEREAS, the Motion of plaintiff, Margaret Holmes, to dismiss the above-entitled action having regularly come on to be heard by this Court on this _____ day of _____, 2005, and

WHEREAS, this Court, having considered such motion, and all proceedings heretofore, and having heard argument of counsel, and it appearing to this Court that the above-entitled action was premature, due to the availability of time remaining for plaintiff to file an EEOC complaint, it is therefore,

ORDERED that the above-entitled action be deferred pending completion of the EEOC process.

_____
Reggie B. Walton
Judge, United States District Court
for the District of Columbia

Copies To:
Paul V. Bennett, Esq.
The Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, MD 21401
*Counsel for Plaintiff*

Natalie O. Ludaway, Esq.
Mark S. Guberman, Esq.
Leftwich & Ludaway LLC
1400 K Street, NW, Suite 1000
Washington, DC 2005
*Counsel for Defendant*