IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARGARET HOLMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-006214 |
| v. ) | Judge Melvin R. Wright |
| ) | |
| PEPCO HOLDINGS, INC. ) | Next Event: |
| ) | |
| Defendant. ) | Initial Conference on Nov. 4, 2005 |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss and Plaintiff's Opposition thereto, and good cause appearing, it is hereby, ~~this~~ *11th day of October, 2005,*

ORDERED that the Defendant's Motion to Dismiss be and is hereby DENIED, *based upon Affidavit of Service of registered agent filed with the Court on October 5, 2005.*

*Melvin R. Wright*
Judge Melvin R. Wright
Superior Court for the District of Columbia

DOCKETED In Chambers   OCT 1 3 2005

MAILED From Chambers   OCT 1 3 2005



Copies to:

Natalie O. Ludaway, Esq.
Mark S. Guberman, Esq.
1400 K. Street, NW
Suite 1000
Washington, DC 20005

Jill Flack, Esq.
Pepco Holdings, Inc.
701 9th Street, N.W.
Washington, DC 20068

Paul V. Bennett, Esq.
133 Defense Highway, Suite 209
Annapolis, Maryland 21401