IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET HOLMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2023 (RBW) |
| | ) | |
| PHI SERVICE CO. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S SUPPLEMENT TO ITS
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendant PHI Service Co. ("PHI") hereby brings to the Court's attention the case of <u>Chlopek v. Federal Ins. Co.</u>, __ F. Supp. 2d __, 2005 U.S. Dist. Lexis 28471 (W.D. Wis. November 17, 2005) which was published after PHI filed its Opposition to Plaintiff Margaret Holmes' Motion to Remand.  *See* Exhibit 1.  In <u>Chlopek</u>, the court ruled that the thirty-day removal period under 28 U.S.C. § 1446 does not begin until a defendant <u>formally</u> is served with process.  The court reiterated that the Supreme Court case of <u>Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.</u> (cited in PHI's Opposition) "emphasized the importance of <u>formal</u> service in triggering a defendant's removal rights. . . ." 2005 U.S. Dist Lexis at *4 (emphasis added).

<u>Chlopek</u> further supports PHI's position that its thirty-day removal period did not begin until it formally was served with process on September 20, 2005.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
Mark S. Guberman (# 442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
(202) 783-3420 (facsimile)

Of Counsel
Jill D. Flack (#420020)
Associate General Counsel
701 9th Street, NW
Washington, DC 20068
(202) 872-2756