THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHI SERVICE CO. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2023 (RBW) |

## PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Margaret Holmes, hereby supplements her Opposition to Defendant's, PHI Service Co. (PHI), Motion to Dismiss for the reason that the Equal Employment Opportunity Commission ("EEOC") has now issued a Right to Sue letter dated December 5, 2005 based on her retaliatory discharge claim, which is contained in Count II of plaintiff's original complaint that is properly before this Court. Accordingly, as further addressed below, plaintiff requests this Court deny defendant's Motion to Dismiss.

In plaintiff's Opposition to Defendant's Motion to Dismiss and Memorandum of Law in Support Thereof filed on November 1, 2005, plaintiff respectfully asked this Court to defer ruling on defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and 56(f) for the reason that plaintiff was awaiting EEOC's decision on her ancillary and reasonably related charge with EEOC for termination in retaliation of plaintiff's original filing of an EEOC complaint. See EEOC charge for retaliatory discharge attached hereto as Exhibit 1. Plaintiff received her Right to Sue letter from the EEOC dated December 5, 2005. See EEOC Right to Sue letter attached hereto as Exhibit 2. Therefore, plaintiff respectfully

Paul V. Bennett
Attorney-At-Law
133 Defense Highway
Suite 209
Annapolis, MD 21401
410-974-6000

contends that the defendant's Motion to Dismiss based upon plaintiff's failure to pursue all administrative procedures is now moot and defendant's Motion to Dismiss should be denied.

Respectfully submitted,

/s/
Paul V. Bennett, Esq.
The Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, MD 21401
(410) 974-6000
(410) 224-4590 facsimile
D.C. Bar # 427358

*Attorney for Plaintiff*

Paul V. Bennett
Attorney-At-Law
133 Defense Highway
Suite 209
Annapolis, MD 21401
410-974-6000

2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA  [x] EEOC | |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Margaret Holmes | 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 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3809 Aynor Drive | Mitchellville, MD 20721 | July 23, 1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| PEPCO | 500+ | 202-872-2000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 701 9th Street, NW | Washington, DC 20068 | 001 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[x] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

March 4, 2005

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I was hired in February 1989.

2. I filed an EEOC complaint against PEPCO for discrimination on the basis of my sex (female/pregnancy) in March 2003. On January 21, 2004 and May 21, 2004, I amended my EEOC complaint to include additional acts of discrimination on the basis of my sex (female/pregnancy) and retaliation.

3. I was terminated by PEPCO on March 4, 2005.

4. I received a right to sue letter dated May 5, 2005.

I believe I was terminated by PEPCO in retaliation for filing EEOC complaints against PEPCO.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 10/28/05    *[signature]* Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Rev. 12/93)

(eeochrge.frm)

EXHIBIT 1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Margaret Holmes<br>3809 Aynor Drive<br>Mitchellville, MD 20721 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2006-00191 | Janet Stump,<br>Acting Enforcement Supervisor | (202) 419-0700 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)* **Suit Filed in the Superior Court for the District of Columbia.**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Janet A. Stump* *jr*
Dana R. Hutter,
Director

DEC 0 5 2005
(Date Mailed)

Enclosure(s)

cc: PEPCO HOLDINGS, INC.
ATTN: Ms. Jill Flack
Associate General Counsel
701 Ninth Street, NW
Suite 1118
Washington, DC 20068

Law Office of Paul V. Bennett
ATTN: Mr. Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401

EXHIBIT
2