**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET HOLMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2023 (RBW) |
| ) | |
| PHI SERVICE CO. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), Mark S. Guberman, Esq. hereby withdraws his appearance in this action on behalf of Defendant PHI Service Co. PHI Service Co. consents to counsel's withdrawal.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
Mark S. Guberman (# 442683)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100
(202) 783-3420 (facsimile)

Of Counsel
Jill D. Flack (#420020)
Associate General Counsel
701 9th Street, NW
Washington, DC 20068
(202) 872-2756

PHI SERVICE CO.


_____/s/_____
Jill D. Flack, Esq.
Associate General Counsel