UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOMES, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2023 (RBW) |
| ) | |
| PHI SERVICE CO., ) | |
| Defendant. ) | |

### ORDER

Currently before the Court are the plaintiff's motion to remand this case to the District of Columbia Superior Court and the defendant's motion to dismiss the retaliatory discharge claim contained in Count II of the plaintiff's complaint, which the Court must construe as a motion for summary judgment. For the reasons set forth in the accompanying memorandum opinion, it is hereby this 7th day of July, 2006,

**ORDERED** that the plaintiff's motion to remand is **DENIED**. It is further

**ORDERED** that the defendant's motion for summary judgment on the plaintiff's retaliatory discharge claim contained in Count II of the plaintiff's complaint is **DENIED**.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge