IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2023 (RBW) |
| ) | |
| PEPCO HOLDINGS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S SUPPLEMENT
TO THE JOINT MEET AND CONFER STATEMENT**

Pursuant to this Court's General Order and Guidelines for Civil Cases and Order for Initial Scheduling Conference, Defendant Pepco Holdings, Inc. ("PHI") hereby submits its Supplement to the Joint Meet and Confer Statement:

A.   Statement of the Case

In her Complaint, Plaintiff Margaret Holmes ("Plaintiff") alleges that in 2002 PHI took unlawful employment actions by discriminating against her because of her pregnancy. Additionally, she alleges that PHI retaliated against her because she filed a complaint against PHI with the Equal Opportunity Commission ("EEOC") and the District of Columbia Office of Human Rights ("DCOHR") in March 2003. PHI denies Plaintiff's allegations that it discriminated and retaliated against her.

B.   Statutory Basis for Causes of Action and Defenses

Plaintiff cites to the following: Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"); 42 USC § 704 (a). Defendant relies upon 42 U.S.C. § 2000e *et seq.*, 42 USC § 2000e-3(a).

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway, Esquire
Charniele L. Herring, Esquire
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
(202) 783-3420 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendant's Supplement To The Joint Meet And Confer Statement to be served on the following counsel of record via electronic and first-class mail delivery on this 15th day of September, 2006:

Paul V. Bennett, Esq.
133 Defense Highway
Suite 209
Annapolis, MD 21401

_____/s/_____
Charniele L. Herring