IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPCO HOLDINGS, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2023 (RBW) |

### NOTICE OF ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Charniele L. Herring, Esq. of Leftwich & Ludaway, LLC, 1400 K Street, N.W., Suite 1000, Washington, DC 20005 as counsel for Defendant, PEPCO Holdings, Inc.

Dated: September 15, 2006

                                                    Respectfully submitted,

                                                    **LEFTWICH & LUDAWAY, LLC**

                                                    _____/s/_____
                                                    Charniele L. Herring, Esquire
                                                    1400 K Street, NW
                                                    Suite 1000
                                                    Washington, DC  20005
                                                    (202) 434-9100 (voice)
                                                    (202) 783-3420 (facsimile)

                                                    *Counsel for PEPCO Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Entry of Appearance to be served on the following counsel of record via electronic and/or first-class mail delivery on this 15th day of September, 2006:

Paul V. Bennett, Esq.
133 Defense Highway
Suite 209
Annapolis, MD 21401


_____/s/_____
Charniele L. Herring