UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET HOLMES, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No. 05-2023 (RBW) |
| ) |  |
| PHI SERVICE CO.,[1] ) |  |
| ) |  |
| Defendant. ) |  |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on September 18, 2006, it is hereby

**ORDERED** that the proponent's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by November 17, 2006. It is further

**ORDERED** that the opponent's expert disclosures under Rule 26(a)(2) shall be served by December 15, 2006. It is further

**ORDERED** that discovery in this matter shall close on January 19, 2007. It is further

**ORDERED** that dispositive motions shall be filed by February 16, 2007. Oppositions thereto shall be filed by March 16, 2007, and replies, if any, shall be filed by March 30, 2007. It is further

---

[1] The original complaint named as the defendant Pepco Holdings, Inc. In its Answer ("Ans."), the defendant noted that PHI Service Co. was the plaintiff's actual employer, and therefore substituted PHI Service Co. for Pepco Holdings, Inc. as the defendant in this matter. See Ans. at 1 n.1.

**ORDERED** that a status conference in this matter shall be held on June 29, 2007, at 9:30 a.m., at which point it shall be determined whether this matter should be referred to a magistrate for the purposes of mediation.

**SO ORDERED** this 18th day of September, 2006.

                                    REGGIE B. WALTON
                                    United States District Judge