## ON THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES,<br><br>      Plaintiff,<br><br>v.<br><br><br><br>PHI SERVICE CO.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2023 (RBW)<br>)  Judge Reggie B. Walton<br>)  Next Event: Proponent's Expert<br>)      Disclosures Due 11/17/06<br>)<br>)<br>)<br>) |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 19th day of October, 2006, I served on Plaintiff Defendant PHI Service Co.'s Interrogatories and Request for Production of Documents by first class mail, postage prepaid, in the care of Plaintiff's counsel, Paul V. Bennett, Law Office of Paul Bennett, 133 Defense Highway, Suite 209, Annapolis, Maryland, 21401, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired and any appeal noted has been decided.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie O. Ludaway (#405149)
Charniele L. Herring (# 468466)
1400 K Street, NW, Suite 1000
Washington, DC 20005
(202) 434-9100 (Voice)
(202) 783-3420 (Facsimile)

*Counsel for Defendant PHI Service Co.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2006, I served the foregoing Certificate Regarding discovery on counsel for Plaintiff by first class mail, postage prepaid, addressed as follows:

_____/s/_____
Charniele L. Herring