IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 05-2023 (RBW) |
| PHI SERVICE CO., | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### Notice of Service of Discovery Materials

Margaret Holmes, Plaintiff, through her attorney, Paul V. Bennett, hereby gives notice that on this 31st day of October, 2006, a copy of Plaintiff's Interrogatories, Plaintiff's Request for Production of Documents and Things along with a copy of this Notice were served upon the Defendant, postage-prepaid, first class mail, on the following attorney of record:

Natalie O. Ludaway, Esq.
LEFTWICH & LUDAWAY
1400 K. Street, NW
Suite 1000
Washington, D.C. 20005

*Attorney for Defendant*

_____/s/_____
Paul V. Bennett, Esq.
D.C. Federal Bar No. 427358
Law Office of Paul V. Bennett, P.C.
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000

*Attorney for Plaintiff*

Paul V. Bennett
Attorney-At-Law
133 Defense Highway
Suite 209
Annapolis, MD 21401
410-974-6000