IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PHI SERVICE CO. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2023 (RBW) |

**CERTIFICATE REGARDING DISCOVERY**

I hereby certify that on December 5, 2006, I served on all counsel hereto Defendant's Notice of Deposition to Plaintiff, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

**December 5, 2006**
Date

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (#405149)
Charniele L. Herring (# 468466)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (Voice)
(202) 783-3420 (facsimile)

*Counsel for Defendant Phi Service Co.*