# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| MARGARET HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-2023 (RBW) |
| v. | ) | |
| | ) | |
| PHI SERVICE CO., | ) | |
| | ) | |
| Defendant. | ) | Date: December 12, 2006 |
| _____) | | |

## Consent Motion to Extend Discovery

Plaintiff Margaret Holmes, by and through her attorney, Paul V. Bennett, pursuant to LCvR 57.2(b), respectfully files this Consent Motion to Extend the Discovery cut-off date for the following grounds:

1.      Depositions of Defendant's employees could not be scheduled during the month of December, 2006 due to calendar conflicts and employee availability.

2.      Defendant's attorney consents to a fifteen day extension of the discovery cut-off date from January 19, 2007 to February 3, 2007.

3.      No undue prejudice will result from this brief extension and no other deadlines will need to be extended as a result.

WHEREFORE, Plaintiff Margaret Holmes respectfully requests that her Consent Motion to Extend Discovery be granted and the discovery cut-off date be extended.

Respectfully Submitted,

_____/s/_____

Paul V. Bennett, Esq. #427358
Law Office of Paul V. Bennett, P.C.
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
410-974-6000
*Attorney for Plaintiff*

**Certificate of Service**

      I HEREBY CERTIFY that on this 12th Day of December 2006, the foregoing Consent

Motion to Extend Discovery was served on the following:

Natalie O. Ludaway, Esq. (#405149)
1400 K. Street, NW
Suite 1000
Washington, DC 20005

*Counsel for Defendant PHI Service Co.*


                                             /s/
                                  Paul V. Bennett, Esq.
                                  Law Office of Paul V. Bennett, P.C.
                                  133 Defense Highway, Suite 209
                                  Annapolis, Maryland 21401
                                  410-974-6000
                                  410-224-4590

                                  *Attorney for Plaintiff*
                                  D.C. Bar No. 427358

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| MARGARET HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-2023 (RBW) |
| v. | ) | |
| | ) | |
| PHI SERVICE CO., | ) | |
| | ) | |
| Defendant. | ) | |

_____)

**Order**

In accordance with LCr.R 57.2, it is hereby:

**ORDERED** that the discovery cut-off date in the above-captioned case be extended from

January 19, 2007 to February 3, 2007.

**SO ORDERED** this _____ day of _____, 200\_\_\_.

_____

REGGIE B. WALTON
United States District Judge