IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET HOLMES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 05-2023 (RBW) |
| v. | * | |
| | * | |
| PHI SERVICE CO., | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY THAT on this 15th day of December 2006, a copy of the foregoing Plaintiff's Answers to Defendant's Interrogatories, along with a copy of this notice were sent via facsimile and first-class mail, postage pre-paid on the following:

Natalie Ludaway, Esq.
Charniele L. Herring, Esq.
LUFTWICH & LUDAWAY, LLC
1400 K. Street, NW
Suite 1000
Washington, D.C. 20005
(202) 434-9100 (Voice)
(202) 783-3420 (Facsimile)

*Attorney for Defendant.*

                                                                       /s/
                                        Paul V. Bennett, #427358
                                        Law Office of Paul V. Bennett
                                        133 Defense Highway, Suite 209
                                        Annapolis, Maryland 21401
                                        (410) 974-6000

                                        *Attorney for Plaintiff*