IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES, | * |
| | * |
| Plaintiff, | * |
| | * Civil Action No. 05-2023 (RBW) |
| v. | * |
| | * |
| PHI SERVICE CO., | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on December 15, 2006, a copy of Defendant PHI Service Company's Objections and Responses to Plaintiff's Request for Production of Documents and Things and PHI's Objections and Answers to Plaintiff's Interrogatories were served by electronic and first class mail, postage prepaid, on Paul V. Bennett, Esquire, Law Offices of Paul V. Bennett, 133 Defense Highway, Suite 209, Annapolis, Maryland 21401. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/s/
---
Natalie O. Ludaway, Esquire
Charniele L. Herring, Esquire
1400 K Street, N.W.
Suite 1000
Washington, DC 20005
(202) 434-9100 (Voice)
(202) 783-3420 (Facsimile)