IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PHI SERVICE CO. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2023 (RBW) |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on December 20, 2006, I served on all counsel hereto Defendant's Amended Notice of Deposition of Plaintiff, and that I will retain the original of the document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

**December 20, 2006**
Date

LEFTWICH & LUDAWAY, LLC

_____/s/_____
Natalie O. Ludaway (#405149)
Charniele L. Herring (# 468466)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (Voice)
(202) 783-3420 (facsimile)

*Counsel for Defendant Phi Service Co.*