UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET HOLMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHI SERVICE CO., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2023 (RBW) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on December 28, 2006, a copy of Plaintiff's Amended Notice of Depositions to Defendant was served via first class mail, postage pre-paid on all parties to the following:

Natalie O. Ludaway, Esq.
LUFTWICH & LUDAWAY, LLC
1400 K. Street, NW
Suite 1000
Washington, DC 20005

Counsel for Defendant PHI Service Co.

The original notice will be retained by this office until the case is concluded by this Court and the time for noting an appeal has expired and any appeal noted has been decided.

/s/
_____
Paul V. Bennett, Esq.
Law Office of Paul V. Bennett, P.C.
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
410-974-6000
410-224-4590 (facsimile)

*Attorney for Plaintiff*
D.C. Bar No. 427358