**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARGARET HOLMES,                    *
                                    *
       Plaintiff,               *
                                    *
                                    *  Civil Action No. 05-2023 (RBW)
    v.                          *
                                    *
PHI SERVICE CO.,                    *
                                    *
       Defendant.               *
                                    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>CERTIFICATE REGARDING DISCOVERY</u>

I HEREBY CERTIFY that on the 29 day of December, 2006, I served on counsel for the

Plaintiff, Paul Bennett, Esquire, Law Offices of Paul V. Bennett, 133 Defense Highway

Suite 209, Annapolis, Maryland 21401, by first-class mail, postage prepaid, Defendant

Pepco Service Co. Notice of Deposition for William Holmes and Certificate Regarding

Discovery.  I will retain the original of these documents in my possession, without

alteration, until the case is concluded in this Court, the time for noting an appeal has

expired, and any appeal noted has been decided.

                       Respectfully submitted,

                       Natalie O. Ludaway
                       Leftwich & Ludaway, LLC
                       1400 K Street, NW
                       Suite 1000
                       (202) 434-9100

                       Counsel for Defendant