IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2023 (RBW) |
| v. | ) |
| | ) |
| PHI SERVICE CO., | ) |
| | ) |
| Defendant. | ) |

## Praecipe

The parties have negotiated a settlement in this case. This case may be removed from the Court's active docket.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway, Esquire
Charniele L. Herring, Esquire
1400 K Street, N.W.
Suite 1000
Washington, DC 20005
(202) 434-9100 (Voice)
(202) 783-3420 (Facsimile)

*Attorneys for Defendant PHI Service Co.*

Certificate of Service

I hereby certify that I served by first class mail, postage prepaid this 29th day of March, Defendant PHI Service Co.'s Praecipe to:

Paul V. Bennett, Esq.
133 Defense Highway
Suite 209
Annapolis, MD 21401

_____/s/_____
Natalie O. Ludaway