IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET HOLMES                *

    Plaintiff,            *    Civil Action No. 05-2023 (RBW)

v.                             *

PHI SERVICE CO.,               *

    Defendant.            *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by undersigned counsel, hereby state that this matter is DISMISSED WITH PREJUDICE as to all claims.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Paul V. Bennett, Esq. | Natalie O. Ludaway, Esq. |
| Law Office of Paul V. Bennett, P.C. | 1400 K. Street, N.W., Suite 1000 |
| 133 Defense Highway, Suite 209 | Washington, D.C. 20005 |
| (410) 974-6000 | (202) 434-9100 |
| D.C. Bar No. 427358 | D.C. Bar No. 405149 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |